UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA RENNER,

Plaintiff,

-v.-

LP-INSTITUTE US, LLC, *doing business as* THE LEADERSHIP PIPELINE INSTITUTE,

Defendant.

25 Civ. 3317 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Defendant's letter motion to compel discovery (Dkt. #21) and Plaintiff's response (Dkt. #26).  It has also reviewed Plaintiff's counsel's motion to withdraw as counsel.  (Dkt. #22-25).  Because the motion to compel and motion to withdraw are related, the Court disposes of both motions in this Order.

*First,* the Court GRANTS Plaintiff's counsel's motion to withdraw as counsel.  On or before **March 5, 2026**, Ms. Renner shall advise the Court whether she has retained new counsel or is instead proceeding *pro se.*  Counsel is ORDERED to transmit a copy of this Order to their now-former client, Ms. Renner.

*Second,* given Plaintiff's counsel's explanation for the delay in complying with discovery obligations (*i.e.,* "a breakdown in the attorney-client relationship for which our firm would be seeking leave to withdraw as counsel") and Defendant's consent to a temporary stay of proceedings (*see* Dkt. #26), the Court DENIES Defendant's motion to compel discovery without prejudice to its

renewal at a later date should such renewal become necessary.  The Court hereby STAYS this case until **March 20, 2026**.  On or before **March 20, 2026**, the parties are ORDERED to submit a joint letter to the Court that shall confirm that the parties have communicated and shall advise the Court of the parties' agreed-upon plan to resume the productive exchange of discovery.  The Court would also welcome a revised Case Management Plan if the parties are able to propose one.

In light of the above, the post-fact discovery pretrial conference previously scheduled for March 12, 2026 (Dkt. #20), is hereby ADJOURNED *sine die.*

The Clerk of Court is directed to terminate the pending motions at docket entries 21 and 22.

SO ORDERED.

Dated:   February 3, 2026
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2