UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA RENNER,

              Plaintiff,

        -v.-

LP-INSTITUTE US, LLC *doing business as*
THE LEADERSHIP PIPELINE INSTITUTE,

              Defendant.

25 Civ. 3317 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 4, 2026, the Court received an *ex parte* email from the Plaintiff in this case, Ms. Renner, requesting a 30-day extension of the March 5, 2026 deadline by which she must advise the Court whether she has retained new counsel or is instead proceeding *pro se.* (*See* Dkt. #27). The Court will not docket this email because it appears to contain privileged information; indeed, the Court did not read past the first paragraph of the email in order to avoid learning such privileged information. Nevertheless, based on the representations in Ms. Renner's request, the Court GRANTS her extension request and ADJOURNS her deadline to advise the Court whether she has retained new counsel or is instead proceeding *pro se* to on or before **April 6, 2026**.

The Court cautions Ms. Renner in the future to avoid disclosing confidential communications with her prior counsel regarding legal advice. Moving forward, it will consider such disclosures to be knowing and voluntary waivers of Ms. Renner's attorney-client privilege.

Additionally, the Court CONTINUES the stay in this case, which is set to lift on March 20, 2026 (Dkt. #27), to **April 20, 2026**.  On or before **April 20, 2026**, the parties are ORDERED to submit a joint letter to the Court that shall confirm that the parties have communicated and shall advise the Court of the parties' agreed-upon plan to resume the productive exchange of discovery.  The Court would also welcome a revised Case Management Plan if the parties are able to propose one.

At present, the only contact information the Court has for Ms. Renner is the email address she used to send her communication to the Court.  As a one-time courtesy, the Court will email a copy of this Order to Ms. Renner.  But the Court advises Ms. Renner that if she proceeds *pro se*, she will either need to provide her mailing information or consent to receive electronic service.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2